UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDY EDWARDS and PATRICIA BARNES, | ) ) ) | |
| Plaintiffs | ) ) | No. 3:13-0568 |
| v. | ) ) ) | Judge Trauger/Bryant **Jury Demand** |
| DARRELL ALLISON, HOUSTON COUNTY, TENNESSEE, and LISA KENT, individually and d/b/a The Flood Zone Restaurant, | ) ) ) ) ) | |
| Defendants | ) | |

**O R D E R**

The undersigned Magistrate Judge conducted a telephone conference with counsel on January 16, 2014.

During this conference, Mr. DeWerff, who recently appeared as counsel for Defendant Kent, reported that he has a previously scheduled trial during the week beginning January 21, 2014, which creates a scheduling conflict for the settlement conference previously scheduled in this case for January 23, 2014.

Following discussions with counsel, the undersigned Magistrate Judge finds that the settlement conference in this case should be continued and rescheduled for **Wednesday, March 12, 2014, beginning at 9:30 a.m., Courtroom 776**.

It is so **ORDERED**.

/s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge