UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RANDY EDWARDS and<br>PATRICIA BARNES,<br><br>      Plaintiffs<br><br>v.<br><br>DARRELL ALLISON, HOUSTON COUNTY,<br>TENNESSEE, and LISA KENT,<br>individually and d/b/a<br>The Flood Zone Restaurant,<br><br>      Defendants | No. 3:13-0568<br>Judge Trauger/Bryant<br>**Jury Demand** |

### O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on March 12, 2014. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The **Clerk** is directed to return this file to the District Judge.

It is so **ORDERED**.

                                                           /s/  John S. Bryant
                                                           JOHN S. BRYANT
                                                           United States Magistrate Judge