```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF TENNESSEE
         NASHVILLE DIVISION
```

RANDY EDWARDS and            )
PATRICIA BARNES,             )
                             )
        Plaintiffs           )
                             )    No. 3:13-0568
v.                           )    Judge Trauger/Bryant
                             )    **Jury Demand**
DARRELL ALLISON, HOUSTON COUNTY, )
TENNESSEE, and LISA KENT,    )
individually and d/b/a       )
The Flood Zone Restaurant,   )
                             )
        Defendants           )

## O R D E R

The undersigned Magistrate Judge conducted a settlement conference in this case on March 12, 2014. The parties and their respective representatives met, negotiated in good faith, but did not agree to a settlement of this case.

The **Clerk** is directed to return this file to the District Judge.

It is so **ORDERED**.

                              /s/  John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge