IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDY EDWARDS and PATRICIA BARNES, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:13-cv-568 |
| DARRELL ALLISON, HOUSTON COUNTY, TENNESSEE, LISA KENT, individually and d/b/a THE FLOOD ZONE RESTAURANT, | ) ) ) ) ) ) | JUDGE TRAUGER

JURY DEMAND |
| Defendants. | ) | |

## JOINT PROPOSED ORDER OF DISMISSAL AS TO DEFENDANTS DARRELL ALLISON AND HOUSTON COUNTY, TENNESSEE

Come now the Plaintiffs, RANDY EDWARDS and PATRICIA BARNES, by and through counsel, to state and acknowledge that all issues, controversy and claims between Plaintiffs and Defendants DARRELL ALLISON and HOUSTON COUNTY, TENNESSEE have been resolved and should be dismissed with prejudice.

Accordingly, it is **ORDERED, ADJUDGED AND DECREED** that this case is hereby dismissed with prejudice with each party to bear their or its own attorneys' fees and costs incurred in the litigation.

It is so Ordered.

Entered this 5th day of August, 2014.

_____
District Judge Aleta Trauger

**APPROVED FOR ENTRY:**

_Wade B. Cowan_
Wade B. Cowan, (S.C. #9403)
150 Second Avenue North, Suite 225
Nashville, TN 37201
(615) 256-8125 phone
(615) 242-7853 fax
wcowan@dhhrplc.com
*Attorney for Plaintiffs*


/s/ Kathryn W. Olita
Dan L. Nolan (S.C. #003070)
Mark Nolan (S.C. #15859)
Kathryn W. Olita (S.C. #23075)
Batson Nolan PLC
121 S. Third Street
Clarksville, Tennessee 37040
(931) 647-1501
*Attorneys for defendants Darrell Allison and Houston County, Tennessee*